■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFRED PATTON, Appellant. [716 NYS2d 894] —Appeal by the defendant from a judgment of the County Court, Westchester County (Leavitt, J.), rendered February 3, 1999, convicting him of assault in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., S. Miller, McGinity, Luciano and Smith, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN RAVELLO, Appellant. [716 NYS2d 898] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lott, J.), rendered September 25, 1997, convicting him of murder in the second degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's claims, the record shows that he received meaningful representation (*see, People v Baldi,* 54 NY2d 137; *People v Washington,* 179 AD2d 1002).

The defendant's remaining contentions in his supplemental *pro se* brief are either unpreserved for appellate review or without merit. Ritter, J. P., Altman, H. Miller and Smith, JJ., concur.